

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00418-CV

| | | |
|---|---|---|
| HONG LUO AND ZHENG CHEN, Appellants | § | On Appeal from the 442nd District Court |
| | § | of Denton County (14-03331-362) |
| V. | | |
| | § | September 20, 2018 |
| ROBERT L. LEVY, M.D. AND ROBERT L. LEVY, M.D. & ASSOCIATES, P.A., Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Hong Luo and Zheng Chen shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth